


UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| HENRY HAYNES | CIVIL ACTION NO. 10-00145 |
| VERSUS | JUDGE ROBERT G. JAMES |
| HILL BROTHERS CONSTRUCTION COMPANY, INC., ET AL. | MAG. JUDGE KAREN HAYES |

## JUDGMENT

For the reasons stated in the Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 54], to the extent adopted by this Court, and, after having considered the record in this matter, including the objection [Doc. No. 55],

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' motions to dismiss [Doc. Nos. 13, 18, & 47] are GRANTED, and this case is DISMISSED WITH PREJUDICE. Plaintiff's right to pursue his pending action against Hill Brothers Construction Co., Inc. pursuant to the Louisiana Workers' Compensation Act is reserved.

MONROE, LOUISIANA, this 2 day of August, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE